IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:06-CR-257 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| DEIDRE EVANS | : | (Electronically Filed) |

## ORDER

AND NOW, this 27th day of February, 2007, upon consideration of the government's Motion to Dismiss Indictment and for the reasons stated therein, the Indictment is hereby dismissed.

CHRISTOPHER C. CONNER
U.S. District Court Judge